**Maggie HELTON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 15, 1957.

Joseph K. Beasley, Harlan, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

We are affirming the judgment finding the appellant guilty of selling intoxicating liquor in dry territory, fining her $100 and sentencing her to 60 days in jail. We think the action of the State Policeman, in representing himself to the appellant as being an employee of a Motor Company at the time he said he purchased whiskey from her, did not constitute entrapment.

The motion for an appeal is overruled, and the judgment is affirmed.